UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EDVIN RAMIRO MATIAS CALMO, | CASE NO. 3:26-cv-05280-DGE |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO DISMISS (DKT. NO. 9) |
| UNITED STATES IMMIGRATION AND CITIZENSHIP SERVICES et al., | |
| Defendants. | |

Before the Court is Plaintiff's motion to dismiss these proceedings without prejudice, with each party to bear their own costs. (Dkt. No. 9.) Plaintiff sought to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-589, Application for Asylum and Withholding of Removal. Plaintiff argues that because USCIS has now adjudicated his application, this case is now moot. (*Id.*) Plaintiff's motion is GRANTED and this case is DISMISSED without prejudice.

ORDER GRANTING MOTION TO DISMISS (DKT. NO. 9) - 1

Dated this 1st day of June, 2026.

David G. Estudillo
United States District Judge

ORDER GRANTING MOTION TO DISMISS (DKT. NO. 9) - 2